IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Paul, Bertha Louise

Printed: 8/26/08

Case Number: 04 B 25545
Judge: Hollis, Pamela S
Filed: 7/8/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 28, 2008
Confirmed: August 30, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 71,866.68 |  |
| Secured: |  | 65,182.20 |
| Unsecured: |  | 215.08 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 3,769.39 |
| Other Funds: |  | 0.01 |
| Totals: | 71,866.68 | 71,866.68 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 2,700.00 | 2,700.00 |
| 2. | HomeComings Financial Network | Secured | 64,444.43 | 59,363.40 |
| 3. | HomeComings Financial Network | Secured | 1,877.35 | 589.88 |
| 4. | Toyota Motor Credit Corporatio | Secured | 13,054.14 | 5,228.92 |
| 5. | HomeComings Financial Network | Unsecured | 600.00 | 215.08 |
| 6. | Nicor Gas | Unsecured | 27.39 | 0.00 |
| 7. | United States Dept Of Education | Unsecured | 422.41 | 0.00 |
| 8. | United States Dept Of Education | Unsecured | 99.34 | 0.00 |
| 9. | Jefferson Capital | Unsecured | 280.21 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 30.00 | 0.00 |
| 11. | CB USA | Unsecured | 6.77 | 0.00 |
| 12. | United States Dept Of Education | Unsecured | 495.95 | 0.00 |
| 13. | Capital One | Unsecured | 37.21 | 0.00 |
| 14. | Westgate Resorts Ltd | Secured |  | No Claim Filed |
| 15. | AT&T Wireless | Unsecured |  | No Claim Filed |
| 16. | Westgate Resorts Ltd | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 84,075.20 | $ 68,097.28 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 946.84 |
| 4% | 215.53 |
| 3% | 162.36 |
| 5.5% | 890.99 |
| 5% | 221.67 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Paul, Bertha Louise

Printed:  8/26/08

Case Number:  04 B 25545
Judge:  Hollis, Pamela S
Filed:  7/8/04

|  |  |
|---|---|
| 4.8% | 518.40 |
| 5.4% | 813.60 |
|  | _____ |
|  | $ 3,769.39 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____